# United States District Court
# Western District of North Carolina

Divisional Office **Division**

| | | |
|---|---|---|
| **Johntia Luwonziea Barnette,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:15-cv-00442-FDW |
| | ) | Related Case Number |
| vs. | ) | |
| | ) | |
| **Richard L. Neely** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2016 Order.

                                               August 8, 2016

*Frank G. Johns, Clerk*
*United States District Court*